PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00144-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| CECILIA NAVIL AQUINO, | DATE:  May 4, 2022<br>TIME:  1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for May 4, 2022, at 1:00 p.m., may be continued until August 17, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform and has requested a proposed plea agreement from the government.  The parties agree that time under the Speedy Trial Act shall be excluded through August 17, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  April 26, 2022

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Counsel for Defendant Cecilia Aquino

Dated:  April 26, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CECILIA NAVIL AQUINO, <br><br> Defendant. | Case No. 1:21-cr-00144-NONE-SKO <br><br> ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for May 4, 2022, at 1:00 p.m., is continued until August 17, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through August 17, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 4/26/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE