1
PHILLIP A. TALBERT
United States Attorney
2
JOSEPH D. BARTON
Assistant United States Attorney
3
2500 Tulare Street, Suite 4401
Fresno, CA 93721
4
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6
Attorneys for Plaintiff
United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12 UNITED STATES OF AMERICA | Case No. 1:21-cr-00144-NONE-SKO |
|---|---|
| 13 Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| 14 | |
| 15 v. | |
| 16 CECILIA NAVIL AQUINO, | DATE:    August 17, 2022 |
| 17 Defendant. | TIME:    1:00 p.m. JUDGE:   Hon. Sheila K. Oberto |

18

19        IT IS HEREBY STIPULATED by and between the parties through their respective

20  counsel that the Status Conference scheduled for August 17, 2022, at 1:00 p.m., may be

21  continued until September 21, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The

22  government has produced discovery to defense counsel.  Defense counsel has further

23  investigation to perform and has requested a proposed plea agreement from the government.  The

24  parties agree that time under the Speedy Trial Act shall be excluded through September 21,

25  2022, in the interests of justice, including but not limited to, the need for effective defense

26  preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27  3161(h)(7)(B)(i) and (iv).

///

28  ///

1    The parties also agree that the ends of justice served by taking this action outweigh the best

2    interests of the public and of the defendant to a speedy trial.

3

4    Dated:  August 8, 2022                              /s/ Robert Lamanuzzi
                                                         ROBERT LAMANUZZI
5                                                        Counsel for Defendant Cecilia Aquino

6

7    Dated:  August 8, 2022                              /s/ Joseph Barton
                                                         JOSEPH BARTON
8                                                        Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00144-NONE-SKO |
| Plaintiff, | ORDER |
| v. | |
| CECILIA NAVIL AQUINO, | |
| Defendant. | |

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 17, 2022, at 1:00 p.m., is continued until September 21, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through September 21, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/9/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE