PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00144-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER |
| v. | |
| CECILIA NAVIL AQUINO, | DATE:  September 21, 2022<br>TIME:  1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 21, 2022, at 1:00 p.m., may be continued until October 19, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform and has requested a proposed plea agreement from the government.  The parties agree that time under the Speedy Trial Act shall be excluded through October 19, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

1 | The parties also agree that the ends of justice served by taking this action outweigh the best
2 | interests of the public and of the defendant to a speedy trial.
3 |
4 | Dated:  September 13, 2022        /s/ Robert Lamanuzzi
5 |                                   ROBERT LAMANUZZI
  |                                   Counsel for Defendant Cecilia Aquino
6 |
7 | Dated:  September 13, 2022        /s/ Joseph Barton
  |                                   JOSEPH BARTON
8 |                                   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00144-NONE-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CECILIA NAVIL AQUINO, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 21, 2022, at 1:00 p.m., is continued until October 19, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through October 19, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 9/14/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3