PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CECILIA AQUINO, Defendant. | Case No. 1:21-cr-00144-JLT-SKO <br><br> STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER <br><br> DATE: October 19, 2022 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Sheila K. Oberto |

The Parties have reached a Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Jennifer L. Thurston on December 2, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for October 19, 2022, can be vacated.

Time under the Speedy Trial Act has already been excluded through October 19, 2022. Ms. Aquino is requesting more time to meet with her defense counsel and her defense counsel is unavailable until December 2, 2022. Therefore, the Parties agree that time under the Speedy Trial Act shall be excluded for the additional period of October 20, 2022, through December 2,

2022, in the interests of justice, including but not limited to, the need for defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  October 12, 2022

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Counsel for Cecilia Aquino

Dated:  October 12, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CECILIA AQUINO, Defendant. | Case No. 1:21-cr-00144-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER<br><br>DATE: October 19, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
|---|---|

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on December 2, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The Status Conference that is scheduled for October 19, 2022, is vacated. Time under the Speedy Trial Act has already been excluded through October 19, 2022. The additional period through December 2, 2022, is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/13/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3