PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00144-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| CECILIA NAVIL AQUINO, | |
| Defendant. | |

The defendant is scheduled to be sentenced in this case on February 21, 2023.  The Probation Office is experiencing high work volumes and needs additional time to complete its pre-sentence report.  The Probation Office has requested that the parties continue the sentencing until March 27, 2023.  There is minimal chance that the defendant will serve more time in custody than that to which she is ultimately sentenced because she has served approximately 20 months and has agreed to recommend a sentence of no less than 42 months.  Therefore, the parties agree to the requested continuance.

///

///

1        IT IS SO STIPULATED.

2

3    Dated:   January 13, 2023                    _/s/ Joseph Barton_

4                                            JOSEPH BARTON
Assistant United States Attorney

5

6    Dated:   January 13, 2023                    _/s/ Robert Lamanuzzi_

7                                            ROBERT LAMANUZZI
Counsel for Cecilia Aquino

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PHILLIP A. TALBERT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA          Case No. 1:21-cr-00144-JLT-SKO
12
                Plaintiff,            STIPULATION TO CONTINUE
13                                    SENTENCING; [~~PROPOSED~~] ORDER

14          v.

15   CECILIA NAVIL AQUINO,

16               Defendant.

17

18

19                        **PROPOSED ORDER**

20          Upon the parties' stipulation and for good cause shown, the sentencing in this case is

21   continued from February 21, 2023, until March 27, 2023.

22
     IT IS SO ORDERED.
23
          Dated:   **January 13, 2023**
24                                          UNITED STATES DISTRICT JUDGE
25

26

27

28

                                        3